**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: SECURITY FIRST, LLC

CIVIL ACTION

19-660-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated August 26, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motions to Remand* (19-cv-660, Rec. Doc. 5 and 19-cv-661, Rec. Doc. 3) are hereby GRANTED, and the cases in this consolidated matter are hereby REMANDED to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, for further proceedings.

**IT IS FURTHER ORDERED** that Plaintiff's requests for costs and expenses, including attorney's fees, pursuant to 28 U.S.C. § 1447(c), made in both Motions to Remand (19- cv-660, Rec. Doc. 5 and 19-cv-661, Rec. Doc. 3) are hereby DENIED.

Signed in Baton Rouge, Louisiana on September 24, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 13.
[3] Rec. Doc. 14.